UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RAVI VARSHNEY )<br>    Defendant. )<br>) | Civil Action No: _____ |

## COMPLAINT

### JURISDICTION

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. §1345.

### PARTIES

2. Plaintiff is the United States of America, acting through the U.S. Department of the Health and Human Services (hereinafter "HHS") The debt was referred to the U.S. Department of Justice in accordance with the Debt Collections Improvement Act of 1996 (DCIA) (31 U.S.C. § 3701 *et seq.*).

3. Defendant, Ravi Varshney is an individual residing at: 33 Fairbanks Street # 21, Brookline, MA 02446.

### COUNT I

4. The Defendant received trainee awards for the National Research Service Award (NRSA) Program within the U.S Public Health Service (PHS), Department of Health and Human Services (HHS). The Statement of Appointment shows that Grant Number 5 T32 HL 7604-29 was given for the period of June 30, 2014 through June 29, 2015 and was electronically signed and certified via eRAxTrain system on August 8, 2014.

5. The Defendant received the award under the provision of 42 U.S. C. 288. These awards were made upon the condition that within two (2) years after termination of the award he would then engage in biomedical or behavioral research or teaching or any combination thereof in accordance with usual patterns of academic employment. Under the NIH Revitalization Act of June 10, 1993, payback service obligation would incur for the first twelve (12) months of postdoc support only. The Termination Notice and Statement of Appointment forms are the basis for validating and establishing the payback obligation for the total period of National Research Service Award (NRSA) support. See Exhibit "A" attached and incorporated herein.

6. The Defendant received a total of $21,126.00 for the period beginning June 30, 2014, and ending on December 16, 2014. Terms of the NRSA Payback Agreement requires the recipient to serve one month for each month of training, for the first twelve (12) months of postdoc support. See Exhibit "B" attached and incorporated herein.

7. On December 16, 2016 the Defendant became in breach of the NRSA Payback Agreement for failing to initiate service within two (2) years of the termination of NRSA support.

8. On December 16, 2016, in accordance with Section 487 of the Public Health Service Act (42 U.S.C. 288) and the terms of the NRSA Payback Agreement, the Defendant had a financial obligation to repay the funds received from the award within three (3) years of the date he breached the agreement.

9. On January 22, 2019, and March 14, 2019, the Defendant was provided with instructions on how to complete and submit the Annual Payback Activities Certification (APAC) in

       order to document service payback activities in accordance with the terms of the award for satisfaction of the debt. The Defendant did not comply.

10. On November 14, 2019, the Defendant was informed that he was in default and that failure to remit payment in full or enter into a repayment would result in collection action and the debt being referred to the United States Department of Justice (DOJ) for enforcement.

11. The Defendant was advised on January 24, 2020, February 22, 2020, April 27, 2021, and November 23, 2023, and by final notice on February 15, 2024. The Defendant did not respond. See Exhibit "C" attached and incorporated herein.

12. The Defendant has not made any attempts to pay.

13. The debt owed to the United States of America is as follows:

| | |
|---|---|
| Current Principal | $ 21,126.00 |
| Current Interest (@ 9.625%) | $ 17,826.89 |
| **Total Owed** | **$ 38,952.89** |

The Certificate of Indebtedness, attached as Exhibit "D", shows the total owed as of September 19, 2025. The principal balance and interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits and offsets. Prejudgment interest accrues at the rate of 9.625% per annum. The interest accrues at $5.57 per day.

WHEREFORE, the United States demands judgment against the Defendant for $38,952.89 plus interest from September 19, 2025 and for such other and further relief as this Court deems fair and reasonable.

Dated: December 10th , 2025

                                                  The United States of America
                                                  By its attorneys[1]:

                                                    /s/ *John O. Postl*
                                                John O. Postl, BBO# 567729
                                                Schuerger Law Group
                                                Private Counsel, United States Department of Justice
                                                1001 Kingsmill Parkway
                                                Columbus, Ohio 43229
                                                jpostl@schuergerlaw.com
                                                Phone No. 614-824-5731
                                                Direct Dial 617-315-4921

---

[1] Schuerger Law Group is under contract to the United States Department of Justice under the Department's private counsel program for collection of certain accounts.